# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JONATHAN TYLER BRYANT | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:22-cr-00359<br>USM No.<br>Jodie Bell<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   1, 3, 4, 5, and 6   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of state crime (misdemeanor evading arrest) | 12/18/2023 |
| 3 | Failure to notify probation officer in advance of change in living arrangements | 01/04/2024 |
| 4 | Failure to provide proof of efforts to obtain employment | 02/29/2024 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓  Violation Number(s)   2   is dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3096

Defendant's Year of Birth:   1994

City and State of Defendant's Residence:
Sparta, Tennessee

02/29/2024
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

March 1, 2024
Date

DEFENDANT: JONATHAN TYLER BRYANT
CASE NUMBER: 3:22-cr-00359

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to report to probation officer of arrest | 01/01/2024 |
| 6 | Failure to remain at residence as instructed for a home contact visit | 01/01/2024 |

DEFENDANT: JONATHAN TYLER BRYANT
CASE NUMBER: 3:22-cr-00359

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time Served (approximately 3 weeks)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JONATHAN TYLER BRYANT
CASE NUMBER: 3:22-cr-00359

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

45 months

Defendant shall remain subject to the original conditions of his Supervised Release, with the following additional conditions

1. The defendant shall enroll in and complete a residential in-patient program at Buffalo Valley. Defendant shall sign releases so that Buffalo Valley can communication with the U.S. Probation Officer and defense counsel.

2. Upon completion of Buffalo Valley's residential in-patient program, Defendant shall follow all aftercare treatment recommendation and reside in transitional housing as arranged by Buffalo Valley and shall follow any recommendations in that regard from the US Probation Office.

3. Defendant shall not leave transitional housing unless and until approved by his U.S. Probation Officer.

4. If Defendant the Buffalo Valley residential treatment or leaves the Buffalo Valley transitional housing without permission of his probation officer, Defendant shall immediately report to the U.S. Probation Office or U.S. Marshal.